# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 3, 2010

141189

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

GARY L. CHRISTIE and PATRICIA A. CHRISTIE,
    Plaintiffs-Appellees,

v

SC: 141189
COA: 285924
Crawford CC: 06-007131-NZ

CHARLES F. FICK and C. F. FICK & SONS, INC.,
    Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the March 2, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 3, 2010

_____
Clerk

s1027